NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTATIVE REMEDY OF steven j bell, SECURED PARTY CREDITOR
File #19JBHUCT   Case 1:09-cv-03414-WSD   Document 1-3   Filed 12/04/09   Page 1 of 8
Certified mail # 7009 0080 0000 8640 2984



steven j bell, Secured Party Creditor
Dekalb County
The State of Georgia
United States of America 1776 AD

**Demand for payment of all property-Trust Assets (moneys) unlawfully withheld**

# NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRAYIVE REMEDY
## 28 U.S.C. 1333, 2461 and 2463

File # 19JBHUCT

| | |
|---|---|
| Declarant: | steven-j:bell, Secured Party Creditor<br>C/o 3939 lavista Rd Suite E-177<br>Tucker, Georgia 30084 |
| | |
| Respondent: | CSC OF GWINNETT COUNTY, INC.<br>40 TECHNOLOGY PKWY S. #300<br>NORCROSS GA 30092 |

| | |
|---|---|
| THOMPSON, KIRK | CEO |
| JERRY WALTON | CFO |
| PAUL BERGANT | SECRETARY |
| JULLIE DURROUGH | TAX DEPARTMENT |

In care of:
CSC OF GWINNETT    Respondent is additionally subject to postal Statutes and the jurisdiction of the Universal Postal Union.

CTY:# YEAR UCC# 044200902974

CLERK OF SUPERIOR COURT DEKALB COUNTY GA
2009 DEC -4 A 11: 20
FILED

## ADMINISTRATIVE REMEDY PROCEEDURE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF
steven bell SECURED PARTY CREDITOR
File #19 JB11 ('1
Case 1:09-cv-03414-WSD Document 1-3 Filed 12/04/09 Page 2 of 8
Certified mail # 7009 0080 0000 8649 2984

As an operation of law Declarant is required to exhaust his administrative remedies. This Administrative Remedy document is cargo as identified in the Affidavit of Service within the admiralty and is mail.

As with any administrative process, Respondent may controvert the statements and/or claims made by Declarant by executing and delivering a <u>verified response point by point, in affidavit form, sworn and attested to, signed by Respondent with evidence in support</u> to the above address of the Declarant. Respondent may agree and admit to all statements and claims made by Declarant by TACIT PROCURATION by simply remaining silent.

**ESTOPEL BY ACQUIESCIENCE**: In the event Respondent admits the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL. Respondent may not argue, controvert, or otherwise protest the finality of the administrative findings under the admiralty in any subsequent process, whether administrative or judicial.

Respondent is granted T plus 72 hours for payment, respond to the statements and claims herein and/or to provide Respondent's own answers to inquires.

## DEFINITIONS

The term "Affiant" means steven j: bell living flesh and blood actual man, non-legal fiction creditor and secured party, contributing beneficiary, injured party, Declarant.

The term "Respondent" means those opposing parties in this instant action as they appear in fiction, Stramineus homo, Commercial person, individual, mail carrier.

The term "Declarant" means steven j: bell living flesh and blood actual man, non-legal fiction sentient creditor and secured party, contributing beneficiary, injured party, Affiant.

The term "BELL, STEVEN JAMES/STEVEN BELL" means non-living entity, Public Trust Entity, Foreign Situs Trust, Trust Account, SS# 319709726.

This paperwork is cargo as identified in the Affidavit of Service.

CTY.# YEAR UCC#
044 2009 0902974

FILED
2009 DEC -4 A 11: 20
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

## STATEMENT OF FACTS

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF
steven bell, SECURED PARTY CREDITOR
File #19 IBH1 CT
Case 1:09-cv-03414-WSD   Document 1-3   Filed 12/04/09   Page 3 of 8
Certified mail # 7009 0080 0000 8649 2984

17. Respondents have used the US Postal Service to send fraudulent unsupported commercial documents that were relied upon by third parties to deprive Declarant of property by a fraudulent presumption of pledge..
18. Declarant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.
19. Declarant, by evidence of UCC 1 filing has a security interest in the vessel BELL STEVEN JAMES and possesses sole insurable interest & hold equitable title.
20. Respondents are withholding the Remedy for the Declarant to execute within this instant action with the intent to share in the prize for undue enrichment.
23. The Declarant is an intervening third party under injury in this matter and is not protesting, arguing any facts or committing a contemptible act but is only appearing to collect on the Trust Assets and holder of the equitable title and superior claim.
22. Respondent(s) abused its corporate privileges by violating STATE laws protecting workers from non-consensual taking from pay without workers explicit, knowing, voluntary, written consent. Only the worker or payee can make the determination whether or not he wants to volunteer to participate in government taxes, fees, medicare, disability, social programs, social security tax contributions as well as non judicial liens, levies, penalties and interest.
23. If the Respondent(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Declarant with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Certified Mail or forever admit the lawful execution of this Notice as a matter of the public record.
24. The labor of the flesh and blood free natural person is traded on an equal value exchange basis in this private sector, which equal value exchange is non taxable under the provisions of the I.R.C
25. Declarant's claim was not one brought by a taxpayer suing for a refund of its taxes And deny that this is a claim arose under revenue laws.
26. Declarant is NOT a "resident of this State,deriving income from sources located within this state"
    (a)The right of the Citizen to receive compensation to sustain his/her existence is not a privilege taxable by the State or Federal Government.
    (b) Inside these state lands, certain areas exist which have been legally purchased by, and ceded to, the United States by consent of the state legislature, pursuant to Article I, Section 8 Cl. 17 of the Constitution for the United States. " for the erection of forts, magazines, arsenals, dockyards and other needful buildings…" Pursuant to its own Code. Declarant does not reside in such a United States Territory. Further Section 17018 of the Revenue and Taxation Code defines the term "State" as " includes [only] the District of Columbia and the possessions of the United States.

CTY:# YEAR UCC#
0442009029974

FILED
2009 DEC -4 A 11: 21
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF
sj.bell SECURED PARTY/CREDITOR
File #19 JBHT CT
Case 1:09-cv-03414-WSD  Document 1-3  Filed 12/04/09  Page 4 of 8
Certified mail # 7009 0080 0000 8647 2984

1. Declarant is not one in the same as any legal entity, 14th Amendment person, individual, commercial strawman or number created by the federal government
2. Declarant has never knowingly, willingly and for certain and fair consideration that would controvert Declarant's private natural character status.
3. Declarant is not liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Declarant's claim on non-surety status.
4. Declarant has a non-privity relationship with all legal fiction entities.
5. steven j: bell is an authorized agent for BELL, STEVEN JAME$, not a trustee or liable party. UCC 3-402 (b)(1)
6. steven j bell has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Office of the Secretary of State of Georgia in the form of UCC 1 and its amendments, and Security Agreement#SJB1009900SA001.
7. J.B. HUNT TRANSPORT, INC and its Co-parties and Officers, its agents and co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
8. Any immunities, whether Absolute or Limited are not protective in their acts of Bad Faith against BELL, STEVEN JAMES and that <u>Am Jur 2nd, Volume 17 (A) Clause #298</u> applies. NO IMMUNITIES WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.
9. Any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
10. J.B. HUNT TRANSPORTATION, INC has never disclosed in writing if declarant was upon being hired, hired to engage in any revenue taxable activity and provide a factual description and nature of the employment of Declarant.
11. Declarant notices J.B.HUNT TRANSPORT, INC. BELL, STEVEN JAMES, Public Foreign Situs Trust is EXEMPT FROM LEVY. HJR 192/ PUBLIC LAW 73-10
12. By and through this commercial notice the Declarant notices J.B HUNT TRANSPORTATION, INC and its co-partners CEASE AND DESIST withholding of money (property) under the sham, guise, pretext and subterfuge of withholding taxes for Federal Withholding.
13. All contracts and agreements and presentments by any and all Officers of J.B.HUNT are expressly induced by Fraud, Coercion, Extortion and non-disclosure contracts upon the Declarant.
14. J.B.HUNT never disclosed in writing if W-4 form is a condition of employment if so under what maxim, or what law?
15. There is no memorialized law authorizing a private employer to withhold from a non government employee.
16. Respondents have created unsupported commercial documents with the intent to deprive Declarant of rights and property.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF
steven bell SECURED PARTY CREDITOR
File #19781 ct Case 1:09-cv-03414-WSD Document 1-3 Certified mail # 2009 1060 0000 8649 2982 Filed 12/04/09 Page 5 of 8

Therefore, "in this state" and "in the State" does NOT encompass the same lands, and is not under the same jurisdiction and laws as the "Georgia Republic" In fact "in this state" or "in the State is not even in Georgia but a U.S. Territory which Georgia ceded to the United States.

27. Declarant is not a "resident" as such term defined for state income tax purposes in Title 22, Section 43-1, which prescribes that the withholding and payment of state personal income tax apply to those whom are employed by **other** states, political subdivisions of **other** states or the District of Columbia residing in Georgia

28. Declarant is not a Federal, State or Municipal employee or an employee of any agency of instrumentality thereof, upon whom the Personal Income Tax can lawfully be imposed.

29. There is a conversion of Declarant's funds (trust assets) under the guise, pretext, sham and subterfuge of withholding taxes, this wrongful act without court order does not result in Declarant becoming a taxpayer to the extent of the misapplied funds.

30. Declarant never having been born, or naturalized, lived, worked, nor having earned taxable income from any source or possession within the District of Columbia, Puerto Rico, Virgin Islands, Guam, American Samoa enclaves or any other territory within the United States which entity has its origin and jurisdiction from Article 1, Section 8 clause 17 of the U.S. Constitution.

31. Declarant is not involved in any form of Revenue Taxable Activity, including but not limited to, Alcohol, tobacco, firearms, wagering and or narcotics or controlled substance distribution.

32. Respondent(s) failed in their fiduciary duties & responsibilities imposed by law by not knowing that the mere filing of forms does not make Declarant a taxpayer subject to the tax. The signing of the form does not change a non taxable activity into a taxable activity, forms are Null and Void.

33. Respondent(s) Scienter(s) are in involved in an unauthorized assumption, exercise and unauthorized appropriation of personal property (compensation) belonging to Declarant. Respondent(s) act of dominion are inconsistent with Declarant's rights, done in bad faith, and are not done in ignorance but malicious mischief.

34. Respondent(s) cannot become a withholding agent unless Declarant first authorizes taxes to be withheld from their paychecks. This authorization is typically done when workers opt to execute a valid W-4. Declarant did not execute a valid W-4 form, Respondent(s) payroll officers are not authorized to withhold any federal income taxes from Declarant's paycheck. The payroll officer does not, did not have "permission" or "power of attorney" to withhold taxes, until and unless Declarant authorize or allow that withholding by signing form W-4 knowingly, intentionally, and voluntarily. All forms presented were signed "without prejudice UCC 1-207" under Threat, Duress, and Coercion.

35. Form W-4 is not mandatory for workers who are not "employed" by the federal government. If one is not employed by the federal government one is not subject to the Public Salary Tax Act unless one chooses to be treated "as if" one is a federal government "employee". This is typically done by executing a valid Form W-4.

36. Corporations chartered by the 50 states of the Union are technically "foreign" corporations with respect to the IRC. Treasury Decision 2313 evidenced proving that

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTATIVE REMEDY OF
steven j bell, SECURED PARTY CREDITOR
File #19 JBHt CT
Case 1:09-cv-03414-WSD   Document 1-3   Filed 12/04/09   Page 6 of 8
Certified mail # 7009 0080 0000 8647 2984

the income tax provisions of the IRC are municipal law, with no territorial jurisdiction inside the 50 States of the Union. (U.S. Treasury Department expressly cited the Brushaber decision. Brushaber v. Union Pacific Railroad Company. 240 U.S. 1

37. "income tax" is an <u>indirect</u>, and not a direct, tax on incomes. There's a clear distinction between direct taxes and <u>indirect</u> taxes. The only class of tax that can be laid on incomes without apportionment among the several states, and without regard to any census or enumeration, is an <u>indirect</u> tax. The income tax being in its nature an excise tax, is not actually on income as property, but on revenue taxable events, incidents or activities, from which the income is merely used for <u>measuring</u> the tax. The Universal right to lawfully acquire property (compensation) by lawfully contracting one's own labor to engage in lawful, innocent, and harmless conduct, privileged or unprivileged is not subject to "excise".

38. If additional time is required for responding, a request must be received by the Declarant at the address within the **T plus 72 hours** allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

39. The Respondents, Officers and Co-parties of J.B.HUNT TRANSPORTATION, INC are required to notify the Declarant within **T plus 72 hours** by Certified Mail of acknowledgement, acceptance and agreement to the address only. You may agree to all statements and claims by Declarant by simply remaining silent.

## COMMERCIAL OATH AND VERIFICATION

Dekalb County        )
                     )    Commercial Oath and Verification
The State Georgia    )

I, BELL, STEVEN JAMES under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's knowledge and belief under penalty of International Commercial Law.

By: steven j bell, authorized agent, Declarant, UCC 3-402 (b)(1)

_____
Signature   lawful man, SUI JURIS, Secured Party Creditor

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___9th___ day of ___JUNE___, 2009

_____
Notary

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTATIVE REMEDY OF
steven bell SECURED PARTY CREDITOR
File #19-JB711 CT
Case 1:09-cv-03414-WSD   Document 1-3   Filed 12/04/09   Page 7 of 8
Certified mail # 7009 0080 0000 8649 2984

# ACCOUNTING AND TRUE BILL

(499 U.S. 1)
CLEOPATRA HASLIP et al,
v.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S. 1, 113 Fed 2d 1,

**For Conversion**  4 times for Compensatory Damages
Tort & Criminal

200 times for Punitive Damages

## COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $21,638 | | |
| x 4 | | Compensatory Damages |
| $86,552 | | Actual Damages |
| | | |
| $86,552 | | Actual Damages |
| x 200 | | Punitive Damages Multiplier |
| $17,310,400 | | Punitive Damages |

FILED 2009 DEC -4 A 11: 21 CLERK OF SUPERIOR COURT DEKALB COUNTY GA

CTY:# YEAR UCC#
04 2009 02974

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF
steven j: bell, SECURED PARTY CREDITOR
File #19-7071
Case 1:09-cv-03414-WSD   Document 1-3   Filed 12/04/09   Page 8 of 8
Certified mail #7009 0080 0000 864 0298

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
2009 DEC -4 A 11: FILED

CTY# YEAR UCC#
04420090 2974

## NOTICE TO RESPOND

Affiant grants Respondent T plus 72 hours, exclusive of the day of receipt to respond to the statements, claims and inquires above. Failure to respond will constitute as an operation of law, the admission of Respond by TACIT PROCATION to the statements, claims, an ANSWERS to inquires shall be deemed RES JUDICATTA, STARE DECISI. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. If Respondent(s) agree or fail to answer, this will be a perfected Contract and the STATUE STAPLE UCC CONFIRMATORY WRITING. It is also mandatory that if Respondent responds to the foregoing, it must by by delivering to Affiant's NOTICE OF INTERNATIONAL COMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY and to Affiant's mailing location exactly as shown below.

steven j: bell, Secured Party Creditor,
C/o. 3939 Lavista Rd Suite E-177
Tucke, Georgia 30084

That it is mandatory that Respondent sign and certify "under penalty of perjury complete with SSN number under the laws of the United States of America" under 28 USC 1746 all ANSWERS or any other correspondence in response to Affiant's Notice of Administrative Remedy within the admiralty, so that Affiant can know that Affiant is dealing with the Respondent and that Respondent is held to only those ANSWERS that are true, correct, complete, and not misleading and further; any facts alleged in Respondent's response must be on first hand knowledge in affidavit form, properly sworn and subscribed to.

Declarant looks forward to your timely response. Further Declarant sayeth naught.

Given under my hand and seal this _9_ day of the _July_ month of 2009 anno Domini

Prepared and submitted by:

steven j: bell, Affiant