**DUE PRESENTMENT UNDER NOTARY SEAL**
**NOTICE OF DEFAULT / SETTLEMENT**
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Silence is Acquiescence, Agreement, and Dishonor
<u>This is a self-executing contract</u>
[28 U.S.C. §1333, §1337, §2461 and §2463]
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio
ADMINISTRATIVE REMEDY

From:   Perry Langham, Notary Public
        504 Dinge Bay Dr.
        Round Rock, Texas 78664

PRIVATE
NOT FOR PUBLIC FILING

To:     CSC OF GWINNETT COUNTY, INC.
        40 TECHNOLOGY PKWY S. #300
        NORCROSS, GA 30092

        RE: FILE # 19JBHUCT

Service:   USPS Certified Return Receipt No. 7008 1140 0003 0338 8152,
           Notary's Certificate of Service

Dear CSC OF GWINNETT/ J.B. HUNT TRANSPORTATION, INC et al,

Pursuant to Texas Statutes governing the office of Notaries and their powers and limitations and the International, US UCC and Texas UCC Articles and Sections §§ 3-501, 3-502, 3-503, 3-504, 3-505, 1-307, due presentment is hereby made of:
   NOTICE OF DEFAULT/SETTLEMENT (certified mail #7008 1140 0003 0338 8152)
   with all documents listed on the attached Certificate of Service

with the steven j bell request for payment of the full value of the SETTLEMENT $86,552 (certified mail #70081140000303388152), within three (3) business days of presentment, and exhibit to the maker a check, money order, Statement of Account or other comparable settlement statement reflecting the payment indicating repayment of the Trust assets so it is received by the undersigned notary public at the address noted above no later than three (3) business days beyond the postmark of the presentment. <u>steven j bell has requested presentment of this NOTICE OF DEFAULT/SETTLEMENT</u>. Non-performance will be certified in accord with International and US and Texas UCC Articles and Sections §§ 3-508, 3-509, 3-510, 1-202. Evidence of such shall be certified by the public official noted below. <u>This demand for payment of the above referenced account is applicable to all successors and assigns of J.B. HUNT TRANSPORTATION, INC.</u>

Failure to fulfill the request within the respective deadlines will be certified for evidentiary purposes.

Thank you kindly for your attention.

WITNESS my hand and official seal.

*Perry Langham*                    6-19-09
Perry Langham, NOTARY PUBLIC        DATE
Void where prohibited by law

My commission expires: January 10, 2012

[Note: Notary Public PERRY LANGHAM is not an attorney licensed to practice law in the state of Texas and has not given or accepted fees for legal advice, provided no assistance in the preparation of the above referenced documents, and has no interest in any issues referenced therein. PERRY LANGHAM is NOT a party to this action and is ONLY acting in an authorized capacity as liaison in communications between the parties.]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
steven-j :bell, SECURED PARTY CREDITOR
File # 19JBHUCT                                                     Certified Mail # 7008 1140 0003 0338 8152

steven-j :bell, Secured Party Creditor
Dekalb county
The State of Georgia
United States of America 1776 AD

Petition for Agreement and Harmony in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

File #19JBHUCT

Date: June 17, 2009

Declarant:    steven j, Secured Party Creditor
              c/o Perry Langham, NOTARY PUBLIC
              General Delivery: 504 Dinge Bay Dr.
              Round Rock, Texas [78664] Florida

Respondent:   CSC OF GWINNETT, INC
              40 TECHNOLOGY PKWY S.#300
              NORCROSS, GA 30092

### NOTICE OF DEFAULT

### COMMERCIAL OATH AND VERIFICATION

Deklab county        )
                     )       Commercial Oath Verified Declaration
The State of Georgia )

Declarant, steven j, under his Commercial Oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first hand knowledge and belief under penalty of International Commercial Law. steven j will also sign by accommodation on behalf of TRUST, BELL, STEVEN JAMES.

*[signature]*
steven j

CTY# YEAR UCC#
04420090902974

2009 DEC -4 A 11: 21
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
FILED

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
steven-j :bell, SECURED PARTY CREDITOR
File # 19JBHUCT                                                           Certified Mail # 7008 1140 0003 0338 8152

ADMINISTRATIVE REMEDY, file/USPS certified mail label's #7009 0080 8641 2953, and 7009 0080 0000 8641 2984.

## ADMITTED ANSWERS TO INQUIRIES

<u>Statement:</u> The Administrative Record for Declarant's International Commercial Claim Administrative Remedy, file/USPS certified mail label #7009 0080 0000 8641 2984, as identified in Statement 7 above, shows that all of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond/dishonor of tendered commercial documents regarding the above referenced account.

<u>Response:</u> Respondent admits the answer is: YES

Further Declarant sayeth not.

## DEFAULT

Based upon the J.B. HUNT TRANSPORTATION, INC and its Co-Party and Officers RICH, DOUG STEWART, KIRK THOMPSON, JERRY WALTON, PAUL BERGANT, JULLIE DURROUGH AND DANNY SUCH Default to Declarant's administrative process, J.B. HUNT TRANSPORTATION, INC and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the 17th day of the 6th month of 2009 anno Domini. Prepared and submitted by:

steven j bell
Declarant

STY.# YEAR UCC#
044 2009 02974

2009 DEC -4 A 11: 21
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
FILED

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

CTY    YEAR    UCC#

0442009002974

FILED

2009 DEC -4 A 11: 21

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on or about 6-21-09, the undersigned Notary Public mailed to:

CSC OF GWINNETT COUNTY, INC.
40 TECHNOLOGY PKWY S. #300
NORCROSS, GA 30092

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain FILE #19JBHUCT regarding steven j bell as follows:

1. Due Presentment Under Notary Seal, Notice of International Commercial Claim Within the Admiralty # 7008 1140 0003 0838 8152
2. Notice of Default/Settlement
3. Commercial Oath and Verification
4. Statement of Facts
5. ~~Certified copy of UCC-1 Financing statement~~
6. Reference Notary's Certificate of Service-Original on file

By Certified Mail No. Certified mail #7008 1140 0003 0838 8152 / by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Texas.

DATE 6-19-09

Perry Langham, NOTARY PUBLIC
Void where prohibited by law
My commission expires: January 19, 2012

Perry Langham, Notary Public,
504 Dinge Bay Dr.
Round Rock, Texas 78664

(Note: Notary Public PERRY LANGHAM is not an attorney licensed to practice law in the state of Texas and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein.  PERRY LANGHAM is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.)