## Certificate of Non-Response
Affidavit

I, <u>Perry Langham</u>, a notary public residing in Travis County, Texas,

do say that as of <u>OCTOBER 31</u>, 2009, that there has not been any written

response to CERTIFICATE OF NON-PERFORMANCE/DISHONOR by Steven J. Bell,

from Notary Acceptor, sent with Certified Mail Return

Receipt,#7009 0080 0002 0533 6948, and delivered October 26, 2009

to KIRK THOMPSON PRESIDENT & C.E.O of J.B. HUNT
TRANSPORTATION INC.
615 J.B.HUNT CORPORATE DRIVE
LOWELL, ARKANSAS 72745.

*Perry Langham*   10-31-09
NOTARY WITNESS   Perry Langham

### Jurat
State of Texas} County of Williamson}
Sworn to & Subscribed before me this date by Perry Langham.

*Gerald W. Brawley*
Notary Public Signature

GERALD WESLEY BRAWLEY
Notary Public, State of Texas
My Commission Expires
NOV. 27, 2010

FILED 2009 DEC -4 A 11: 22
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

CTY:# YEAR UCC#
044 2009 02974