044200902897

FILED
2009 NOV 24  A 9:40

CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Steven-J.:Bell
c/o general delivery, 3939 Lavista Rd
Suite E-177
Tucker, Georgia
non-domestic

State of Georgia, DeKalb County:
The undersigned officer of DeKalb Superior Court certifies that this is a true and correct copy of the original document which is on file and of record in the Office of the Clerk of Superior Court. Witness my hand and seal of the Superior Court of DeKalb County Georgia.
This ____ day of Nov 20 09
Signature: _____
Deputy Clerk, DeKalb County Superior Court

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**044200803640**

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address | [ ] DELETE name | [ ] ADD name

6. CURRENT RECORD INFORMATION:
| 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:
| 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE / COUNTRY |
| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [X] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

1. This financing statement covers the following types (or items) of property. Original created file items are in the family of Bell archive records.
2. Affidavit of Obligation/Commercial Lien
   Lien Debtors(s):
   J.B.HUNT TRANSPORTATION, INC./ Kirk Thompson President/C.E.O J.B HUNT TRANSPORTATION, INC. 615 J.B.HUNT CORPORATE DRIVE LOWELL ARKANSAS 72745
3. Affidavit Certificate of non response, notice of such non payment pursuant to O.C.G.A section 44-14-366

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Bell | Steven | J. | |

10. OPTIONAL FILER REFERENCE DATA
Secured Party Creditor, Holder in due coarse, to the Cestui que trust/Foreign Situs Trust

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

Steven J. Bell
c/o 3939 lavista rd E
Tucker, Georgia
non domestic

*Security (15 USC)
A USSEC Tracer Flag
Not a point of Law*

# Affidavit of Obligation
## Commercial Lien
### (This is a verified plain statement of fact)

**Maxims:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgement in commerce.

Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

FILED
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA
2009 NOV 24 A 9: 40

CITY# YEAR  UCC#
0442009028897

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.

<u>PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.</u>

**Parties:**

Steven J. Bell/Lien Claimant
c/o 3939 Lavista Rd Suite E 177
Tucker, Georgia
non domestic

Lien Debtor(s):
J.B. HUNT TRANSPORTATION, INC
615 J.B. HUNT CORPORATE DRIVE
LOWELL, ARKANSAS 72745

Other PARTIES/Lien Debtor(s):
| | |
|---|---|
| Kirk Thompson | PRESIDENT/C.E.O |
| Jerry Walton | C.F.O |
| Paul Bergant | SECRETARY |
| Jullie Durrough | TAX DEPARTMENT SUPV. |
| Wesley Griffin | AGENT |
| Danny Such | INTERMODAL MANAGER/AUSTELL GEORGIA |
| Doug Stewart | H.R. SUPERVISOR |
| Rich Riggins | LOAD PLANNER/DISPATCHER |

**Allegations:**

Allegations arise from the conduct of Lien Debtor(s) in regards to conduct doing business as J.B. HUNT TRANSPORTATION, INC.
1. Termination without Just Cause
2. Conversion (taking private pay $349 weekly 62 weeks converting over to 3rd parties without consent
3. Will tort of wrongful taking (taking of pay $349 weekly 62 weeks)
4. Theft (taking of pay $349 weekly for 62 weeks)
5. Retaliation (termination from raising questions regarding corporate misconduct)
6. Negligence (fiduciary responsibilities in false reporting to 3rd party agencies)
7. Conspiracy to violate Human and Constitutional Rights, AMENDMENT 5
8. Taking Private Property for public use
9. Unlawfully withheld, detained, taken, & converted property (pay) for purposes not authorized Georgia State labour laws, The Constitution for the United States of America & International Law which protect workers from non-consensual taking from pay (sums) without the workers explicit, knowing, voluntary, and written consent.

2

10. Lien Debtor(s) did not disclose to the real living man on the land contributing beneficiary of the CESTUI QUE TRUST STEVEN BELL that he was entering into a contract employment agreement with the Corporate U.S. ( 28 USC 3002 (15)(A), Corporate I.R.S (Incorporated date 7/12/1933 File No. 0325720 & Corporate Social Security Corp, Dept of Health, Education and Welfare (Incorporation date 11/13/1989 file no. 2213135. Lien Debtor(s) did not disclose that the Lien Claimant was being made a ward of the STATE and that the proceeds compensation of Lien Claimant's labor was being deeded over, or at least a Lien right was being granted over to the other parties.
11. Lien Debtor(s) falsely and unlawfully misrepresented Lien Claimant to 3rd party private debt collector agencies as if Lien Claimant was engaged in a revenue taxable activity i.e. Alcohol Tobacco or Firearms.
12. Lien Debtor(s) extorted portions of Lien Claimant's paycheck by wrongfully, intentionally, purposefully deducted money from Lien Claimant's pay without benefit of any court order or determination.
13. Lien Debtor(s) torture for 62weeks of theft by deducting without my consent resulted in a severally diminished paycheck preventing Lien Claimants Marital Wedding, preventing Lien Claimant from making payments on existing and newly created debts, purchasing the necessary food, clothing, and shelter for his family.
14. Lien Claimant was wrongfully denied the fruits of his own labor, and denied the use of his own money.
15. Lien Debtor(s) took, detained, and converted Trust Assets under the guise, pretext, sham, and subterfuge of withholding excise taxes from the Lien Claimant who holds the superior equitable title as the contributing beneficiary of the Cestui Que Trust.
16. Lien Debtor(s) ignored administrative remedy which is an essential part of law process.
17. Lien Debtor(s) attempted to invoke involuntary servitude.
18. Lien Claimant did not use or execute a Valid W-4 form. Such forms and social security numbers were signed without prejudice under threat, duress, and coercion and obtained under conditions mistake of fact, mistake of law, fraud, misrepresentation, and constructive fraud.
19. Lien Debtor(s) did not have permission or power of attorney to withhold property.
20. Lien Debtor(s) refused and did not submit in the form of Affidavit as to the fact Lien Claimant was upon being hired, was hired to engage in any revenue taxable activity and to provide a factual description and nature of employment.
21. Lien Debtor(s) refused and did not respond to request in the form of Affidavit was a W-4 form a condition of employment if so under what Law?
22. Lien Debtor(s) is not a duly authorized "withholding agent", is not required to file IRS form 8555 and is not authorized to enter into a Standard Agreement with the Secretary of the Treasury and Fiscal Assistant Secretary regarding withholding from Lien Claimant's pay.
23. Lien Debtor(s) fail to provide by Affidavit referencing a memorialized Law authorizing a private sector employer to withhold from a non government private sector worker.
24. Lien Debtor(s) falsified public records at the expense of the Lien Claimant who was merely exercising his natural and International Law guaranteed right to exist on planet earth as its known.
25. Lien Debtor(s) failed in their fiduciary duties & responsibilities imposed by International Law by not knowing that the mere filing of forms or social security numbers doesn't indemnify them from liability and doesn't make Lien Claimant a "taxpayer" subject to the tax. The signing of the forms does not change a non taxable activity into a taxable activity. It is assumed as a matter of Law that the Lien Debtor(s) know which, if any, of their workers are employed to engage in a revenue taxable activities. Forms and Null and Void.

0442009902897 UCC# (stamp)

CLERK OF SUPERIOR COURT DEKALB COUNTY GA   2009 NOV 24 A 9: 40   FILED

## Proof of Allegations:

1. On or about March 8th 2008, NOTICE OF STOP UNLAWFULF WITHHOLDINGS mailed/ sent to Officer(s) in question. No rebuttal by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED.</u>
2. On June 12th 2008, successful fax of AFFIDAVIT OF EXEMPT STATUS sent to Officer(s) in question. No rebuttal by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED.</u>
3. On or about July 28th, 2008, Summary of Legal Arguments mailed/sent to Officer(s) in question. No rebuttal by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED</u>
4. On or about February 12th 2009, NOTICE of RELEASE OF LOCK IN LETTER mailed/sent to Officer(s) in question. No rebuttal by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED</u>
5. On or about April 6th, NOTICE of CONVERSION/ CONSTRUCTIVE NOTICE mailed/ sent to Officer(s) in question. No rebuttal by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED.</u>
6. On or about June 7th, 2009 AFFIDAVIT of NON RESPONSE mailed/sent to Officer(s) in question. No rebuttal by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED</u>
7. On June 10th 2009, NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY 28 U.S.C 1333 AND 2463 (DEMAND FOR PAYMENT) received by Officer(s) in question. No rebuttal/payment by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED.</u>
8. On June 23rd 2009 DUE PRESENTMENT UNDER NOTARY SEAL, NOTICE OF DEFAULT/ OPPORTUNITY TO CURE SETTLEMENT/ NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY received by Officer(s) in question. NO rebuttal/payment by Lien Debtor(s) presented to the Notary Public PERRY LANGHAM. If <u>no timely rebuttal it is AFFIRMED.</u>
9. On October 21st 2009 DUE PRESENTMENT UNDER NOTARY SEAL, CERTIFICATION OF NON-PERFORMANCE/DISHONOR received by Officer(s) in question. No rebuttal/payment by Lien Debtor(s). If <u>no timely rebuttal it is AFFIRMED.</u>
10. On October 31st 2009 Lien Claimant received an Affidavit/Certification of Non-Response from NOTARY WITNESS/ACCEPTOR.

NOTICE is hereby given that Lien Debtor has three (3) days after receipt of this **Affidavit of Obligation** to rebut, deny, or otherwise prove invalid the above allegations. Failure to rebut, deny, or otherwise prove any allegation will be construed to be failure to rebut, deny, or otherwise prove all allegations.

**Ledgering:** Ledgering in the instant matter is comprised of Conversion and Tort. (499 USC) CLEOPATRA HALSIP et al, v. PACIFIC MUTUAL LIFE INSURANCE, INC. 499 US, 113 Led 2d 1, 4x for Compensatory Damages, 200x times for Actual/Punitive Damages. ACCOUNTING AND TRUE BILL COMPUTED AS FOLLOWS.

($349 x 62 weeks)= $21,638 x 4(compensatory damages)= $86,552
$21,638 x 200(Actual damages-Punitive Damages Multiplier)=$4,327,600
$4,327,600 + $86,552=valued at the commercial rate of Four Million Four Hundred Fourteen Thousand One Hundred Fifty two Dollars ($4,414,152.oo) in functional currency of the United States.

**Surety:** Surety for the value of this Affidavit of Obligation/Commercial Lien is
    1. J.B. HUNT TRANSPORTATION, INC. SELF INSURED
      2. CORPORATE BUILDING LOCATED AT 615 J.B. HUNT CORPORATE DRIVE LOWELL, ARKANSAS 72745
      3. CORPORATE BUILDINGS, EQUIPMENT, TRACTORS, TRAILERS AND THE LIKES LOCATED IN VARIOUS METROPOLITIN CITIES ABROAD SEVERAL STATES.
      4. HOLDINGS/SHARES NASDAQ TICKER JBHT NAV 33.97 MARKET CAP 4.31B 3RD QUARTER 2009 NET EARNINGS $40.0 MILLION

I, Steven J. Bell, certify on my own commercial liability that I have read the above and do know that it is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

*Steven J. Bell*
Steven J. Bell
c/o 3939 Lavista Rd Suite E 177
Tucker, Georgia
non-domestic without the US

FILED 2009 NOV 24 A 9:41 CLERK OF SUPERIOR COURT DEKALB COUNTY GA

NOTARY

On this date, Nov 3RD-2009, a man, appearing in his true character, who identified himself as Steven J. Bell appeared before me, Sedric Drew, a notary public residing in Gwinnett county, GEORGIA state, and attested to the truth of this affidavit with his oath and autograph.

*Sedric Drew*
NOTARY PUBLIC

seal

[Notary seal: SEDRIC DREW, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, MY COMMISSION EXPIRES MARCH 1, 2010]

CTY.# YEAR UCC#
0442 2009 02897

5

044200902897

A SECURITY (15 USC)
-------------------

COMMERCIAL AFFIDAVIT
THIS IS A U.S. S.E.C TRACER FLAG
NOT A POINT OF LAW*
See attached instruction

FILED
2009 NOV 24  A 9:41
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

---

*One definition of "A SECURITY" is " any evidence of debt."

The Lien Claimant does NOT rely on Title 15 as a basis for the "Commercial Lien." ALL Commercial processes, by using or relying on notes or paper in Commerce (e.g. Federal Reserve Notes), must bear some sort of Federal tracking code, a County Recorder's number for a serial number, which process must be accessible for inspection at the nearest relevant County Recorder's Office or be widely advertised. When a Lien matures in three (3) months, ninety (90) days, by default of the Lien Debtor through the Lien Debtors failure to rebut the AFFIDAVIT OF OBLIGATION point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization, and other commercial transactions can be based, hence becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S. S.E.C.).

The notation "A Security – 15 USC" is a flag in Commerce telling the U.S. S.E.C. that a speculation account is being established to enforce a lien. The U.S. S.E.C. can then monitor the process. As long as the process in truthful, open, and above-board (Full disclosure), the U.S. S.E.C. has no jurisdiction over it, for even the U.S. S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits, and affidavits of obligation (Commercial Liens), and an unrebutted affidavit stands as the truth in Commerce.

Legal Authority: Universal moral/existential truths/principles, expressed in Judaic (Mosaic) Orthodox Hebrew/Jewish Commercial Code, corollary to Exodus (chiefly Exodus 20:15, 16). This is the best known Commercial process in America.

When an Affidavit is so flagged in Commerce, it becomes a Federal Document because it could become translated into a Security (for example by being attached in support of a Commercial Lien), and not accepting and/or filing a Commercial Affidavit becomes a Federal offense.