FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 26 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN BELL ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | NO. 1:09-CV-03414-WSD |
| J.B. HUNT TRANSPORTATION ) | |
| INC., KIRK THOMPSON, ) | |
| JERRY WALTON, JULLIE ) | |
| DURROUGH, DOUG STEWART, ) | |
| DANNY SUCH and RICH ) | |
| RIGGINS ) | |

- - -

The deposition of STEVEN BELL, taken for any and all purposes allowed under law; the reading and signing of the deposition being reserved; taken before Nancy Merrell-Robertson, Certified Court Reporter and Notary Public, to commence at 12:00 p.m. on the 4th day of April 2010, at 115 Norcross Street, Roswell, Georgia.

---

American Court Reporting Company, Inc.

52 Executive Park South, Suite 5201
Atlanta, Georgia  30329

404-892-1331                                800-445-2842