Steven J. Bell, non-corporate real party
in care of Judith Olsen, notary
12460 Crabapple Rd Ste 202150
Alpharetta, GA 30004

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 26 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEVEN BELL, a legal fiction U.S trust account<br>    Plaintiff<br><br>v.<br><br>J.B.HUNT TRANSPORT, INC, a corporation<br>KIRK THOMPSON, JERRY WALTON<br>JULLIE DURROUGH, DANNY SUCH<br>DOUG STEWART, RICH RIGGINS<br>    Defendants<br><hr><br>Steven J. Bell, non-corporate real party in interest, Beneficiary, priority creditor to U.S. trust account STEVEN BELL<br>    Third party plaintiff | Case No. 1:09-CV-03414-WSD<br><br>PETITION IN THE NATURE OF A MOTION FOR JUDICIAL NOTICE OF LAWFUL RULES OF PROCEDURE AND LAW VENUE<br><br>**by special appearance** |

1. Plaintiff being a non-attorney and reserving all rights and protections in law, does hereby petition the court to take judicial notice no later than 5/31/2010 of the Georgia Rules of Evidence and the Georgia Rules of Civil Procedure, and the organic constitution of Georgia with respect to the above noted commercial cause/action.

2. Denial of this motion shall comprise a denial of third party plaintiff's right to due process and a confession of fraudulent taking without just compensation.

3. Failure to provide the said relief will exhaust third party plaintiff's administrative remedy.

STEVEN BELL on behalf of third party plaintiff

By: *[signature: Steven J. Bell]*
Authorized Agent ~~UCC~~ 3-402(b)(1)

## PROOF OF MAILING

I, Steven J. Bell, do solemnly affirm that I am over the age of twenty-one years, competent with firsthand knowledge, and so say that on the 26th day of May in the year of our Lord two thousand ten, following normal business procedures, an original copy of the above document was served upon:

UNITED STATES DISTRICT COURT
William S Duffey Jr.
75 Spring St. S.W.
Atlanta, GA 30303

HAWKINS AND PARNELL LLP
Ronald G. Polly Jr.
Matthew A. Boyd
4000 SunTrust Plaza
303 Peachtree street
Atlanta, GA 30308

Steven J. Bell, non-corporate real party
in care of Judith Olsen, notary
12460 Crabapple Rd Ste 202150
Alpharetta, GA 30004

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| STEVEN BELL, a legal fiction<br>U.S trust account<br><br>  Plaintiff<br><br>v.<br><br>J.B.HUNT TRANSPORT, INC, a corporation<br>KIRK THOMPSON, JERRY WALTON<br>JULLIE DURROUGH, DANNY SUCH<br>DOUG STEWART, RICH RIGGINS<br><br>  Defendants | Case No. . 1:09-CV-03414-WSD<br><br>**PETITION IN THE NATURE OF A MOTION FOR EXHIBITION OF LAWFUL CIVILIAN COLORS/LAW VENUE** |
| Steven J. Bell, non-corporate real party in interest , Beneficiary, priority creditor to U.S. trust account STEVEN BELL<br>  Third party plaintiff | **by special appearance** |

1. For the purpose of establishing and disclosing a lawful venue, Plaintiff being a non-attorney and reserving all rights and protections in law does hereby petition the court to display at all times with respect to the above noted commercial cause/action the lawful civilian colors of the United States of America; display of colors establishing under international law and custom the applicable law venue applicable.

2. Denial of this motion shall comprise Defendant(s) confession in comity with the officers of the Court of enticement into slavery and treason by compelling a civilian under force of arms to comply with the international admiralty/maritime/commercial "legal" franchise absent consent.

3. Failure to provide the said relief will exhaust third party plaintiff's administrative remedy.

STEVEN BELL on behalf of third party plaintiff

By: _____
Authorized Agent UCC 3-402(b)(1)


**PROOF OF MAILING**

I, Steven J. Bell, do solemnly affirm that I am over the age of twenty-one years, competent with firsthand knowledge, and so say that on the 26 th day of May in the year of our Lord two thousand ten, following normal business procedures, an original copy of the above document was served upon:

UNITED STATES DISTRICT COURT
William S Duffey Jr.
75 Spring St. S.W.
Atlanta, GA 30303

HAWKINS AND PARNELL LLP
Ronald G. Polly Jr.
Matthew A. Boyd
4000 SunTrust Plaza
303 Peachtree street
Atlanta, GA 30308